IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Warren W. Jonas and<br>Brenda S. Jonas, | Case No. 10-12164 |
| Debtor(s). | Honorable Pamela S. Hollis |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF
### FINAL MORTGAGE CURE AMOUNT

NOW COMES JP Morgan Chase Bank, National Association, as servicer for Northern Trust Bank Company, (hereinafter referred to as "JP Morgan") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about April 13, 2010, JP Morgan filed its Proof of Claim as Claim Number 3 and on June 7, 2007 subsequently amended said Proof of Claim for a sum of $4,135.27 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on June 26, 2010 and confirmed on July 19, 2010 set-forth a pre-petition arrearage amount owed to Chase in the amount of $4,135.27.

3. JP Morgan's pre-petition arrears of $4,135.27 were paid by the Chapter 13 Trustee in full.

4. The Debtors' post-petition payments to JP Morgan were to be paid by the Debtors directly "outside" of the plan.

5. The Debtors are currently due for three mortgage payments for the monthly payments due for September 2011 through November 2011 in the amount of $902.66 per month for a total default of $2,707.98 as of November 25, 2011.

-2-

WHEREFORE, JP Morgan Chase Bank, National Association, as servicer for Northern Trust Bank Company prays that the Court declare that the post-petition payments are not current at this time.

JP MORGAN CHASE BANK, National Association, as servicer for Northern Trust Bank Company,

By: /s/ Faiq Mihlar
One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719